# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO: 5:19-cr-57-Oc-28PRL

ALTON JONES

---

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty (Doc. No. 17, filed November 22, 2019) and no objection thereto having been filed, it is **ORDERED**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 17) is **ACCEPTED, AFFIRMED** and **ADOPTED**.

2. Defendant has knowingly, intelligently and voluntarily entered a plea of guilty to Count One of the Indictment. Such plea is accepted, and Defendant is adjudicated guilty of Count One of the Indictment.

**DONE** and **ORDERED** in Orlando, Florida on December 10th, 2019.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant